IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Renita Martin, o/b/o T.S.A.G.,         Case No. 3:13cv1166

    Plaintiff

  v.        **ORDER**

Commissioner of Social Security,

    Defendant

This is an appeal from the denial of child's supplemental security income.

The Magistrate Judge filed a Report and Recommendation concluding the Administrative Law Judge's decision is supported by substantial evidence. (Doc. 17). Neither party has filed objections to the Report and Recommendation.

Having reviewed the Magistrate Judge's Report and Recommendation, I find it thorough, well-reasoned, and correct.

It is, therefore,

ORDERED THAT the Magistrate Judge's Report and Recommendation (Doc. 17) be, and the same hereby adopted in full.

So ordered.

                                                 /s/ James G. Carr
                                                 Sr. U.S. District Judge